IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DR. WILLIAM ALEXANDER, | : |
| | : |
|    Plaintiff, | : |
| | : No.: 1:09-CV-00027 |
| v. | : |
| | : |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | : |
| | : |
|    Defendant. | : |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Dr. William Alexander and Defendant Provident Life and Accident Insurance Company (collectively the "Parties") announce to the Court that all claims pending in this action as to all parties have been compromised and settled without admission of liability pursuant to a confidential Settlement Agreement and Release executed among the Parties.

Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate that Plaintiff dismisses the above-captioned case with full prejudice and each party shall bear its own costs, expenses, attorney fees, or other fees.

Respectfully submitted this 9th day of March, 2010.

                **BURKE HARVEY & FRANKOWSKI, LLC**

                <u>s/Peter H. Burke</u>
                B.P.R. #024012
                pburke@bhflegal.com
                2151 Highland Avenue, Suite 120
                Birmingham, AL 35205
                Telephone: (205) 930-9091
                Facsimile: (205) 930-9054
                *Attorneys for Plaintiff*

-AND-

**MILLER & MARTIN PLLC**

**s/James T. Williams**
B.P.R. # 16341
jwilliams@millermartin.com
**s/Stephanie R. Barnes**
B.P.R. # 25255
sbarnes@millermartin.com
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on **March 9, 2010** a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                    **s/James T. Williams**
                                                    BPR #16341
                                                    **s/Stephanie R. Barnes**
                                                    B.P.R. # 25255
                                                   Miller & Martin PLLC
                                                   1000 Volunteer Building
                                                   832 Georgia Avenue
                                                   Chattanooga, TN 37402-2289
                                                   Telephone: (423) 756-6600
                                                   Facsimile: (423) 785-8480
                                                   ***Attorneys for Defendant***